UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIROSHI HORIIKE (GENLIN), an individual, and WORLD DOG ALLIANCE LTD., a Hong Kong limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THE HUMANE SOCIETY OF THE UNITED STATES, a Delaware corporation; WAYNE PACELLE, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-09386-JAK-KS<br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Judgment is entered in favor of Defendants as to Hiroshi Horiike (Genlin) and World Dog Alliance Ltd.'s ("Plaintiffs") entire First Amended Complaint and each claim for relief asserted therein. Plaintiffs shall take nothing by way of their First Amended Complaint. Defendants shall recover their costs. The Court reserves jurisdiction to determine the Defendants' costs.

Dated: May 25, 2017

Honorable John A. Kronstadt
United States District Judge